UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTONIO NICHOLAS SMITH,<br><br>  Defendant. | No. 2:16-cr-0090 JAM<br><br><br><br>ORDER |

On October 7, 2016, Lt. Doberneck, Stockton Police Department custodian of records, provided this court with the materials requested by defendant Smith pursuant to a Rule 17(c) subpoena issued on September 28, 2016.[1]  The court has now made an in camera review of the materials and, and good cause appearing, IT IS HEREBY ORDERED as follows:

**A.  Personnel files for Officer Todd Valone and Technician Cassandra Trunk[2]**

The court has reviewed the files and finds no discoverable material.  The materials have been

---

[1] That subpoena was issued after the court's September 27, 2016 order, granting, in part, defendant's request for Rule 17(c) subpoenas.  ECF No. 49.

[2] Officer Morales' personnel file was not requested in the September 28, 2016 subpoena.  The court understands, however, that a Rule 17(c) subpoena has since been issued.  Although the return date for the materials was set as October 14, 2016, in view of the rapidly approaching trial date, the court has arranged for the materials to be produced for in camera review on October 11, 2016.  The court will issue a further order regarding those materials after its review.

returned to the Stockton Police Department.

B. **Stockton Police Department incentive programs in place in March 2016 offering benefits to police officers for arrests, stops, convictions, and/or gun seizures:**

The court has been informed by the custodian of records that no such programs existed. Thus, there are no discoverable materials.

C. **Any and all "quota" programs or policies for the Stockton Police Department in place in March of 2016**.

The court has been informed by the custodian of records that no such programs or policies existed. Thus, there are no discoverable materials.

D. **A complete list of all training classes, sessions and/or seminars attended by Officer Miguel Morales during his employment at the Stockton Police Department.**

The court has been provided with a list of Officer Morales' training classes; the list is discoverable and has been forwarded to the United States Attorney's Office for dissemination.

E. **Officer Morales' body camera footage of the April 13, 2016 shooting**.

The request for this information pursuant to a Rule 17(c) subpoena was denied by order on September 27, 2016. While the custodian of records complied with the subpoena and brought the footage for the court's review, the court declined the material and returned it to the custodian.

IT IS SO ORDERED.

Dated: October 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE