1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                    No.  2:16-cr-0090 JAM

11                  Plaintiff,

12          v.                                     ORDER

13   ANTONIO NICHOLAS SMITH,

14                  Defendant.

15

16

17          On October 11, 2016, Lt. Doberneck, Stockton Police Department custodian of records,

18   provided this court with the materials requested by defendant Smith pursuant to a Rule 17(c)

19   subpoena issued on October 6, 2016.[1]   The court has now made an _in camera_ review of the

20   materials and, and good cause appearing, IT IS HEREBY ORDERED as follows:

21      **A.  Personnel files for Officer Miguel Morales**

22          The court has reviewed the files and finds no discoverable material.  The materials have been

23   returned to the Stockton Police Department.

24   /////

25

26

27   _____
     [1] That subpoena was issued after the court's September 27, 2016 order, granting, in part,
     defendant's request for Rule 17(c) subpoenas.  ECF No. 49.

28

1

1          IT IS SO ORDERED.

2   Dated:  October 12, 2016

3                                        _____

4                                        CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28