**FILED**

DEC   7 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00090 JAM |
|---|---|
| Plaintiff, | **RESPONSE TO NOTE #1 FROM THE JURY** |
| v. | |
| ANTONIO NICHOLAS SMITH, | |
| Defendant. | |

Yes.

Dated: December 7, 2016

Honorable John A. Mendez